IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF
REINSTATEMENT OF JOSEPH B.
IARUSSI, BAR NO. 9284.

No. 84116

FILED

APR 07 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

*ORDER OF REINSTATEMENT*

This is an automatic review of a Southern Nevada Disciplinary Board hearing panel's recommendation to reinstate suspended attorney Joseph B. Iarussi with certain conditions. As no briefs have been filed, this matter stands submitted for decision. SCR 116(2).

This court suspended Iarussi from the practice of law for one year for violating RPC 1.4 (communication), RPC 1.15 (safekeeping property), and RPC 8.4(b) (misconduct: committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness). *In re Discipline of Iarussi*, Nos. 79030, 81338, 2020 WL 6275387 (Nev. Oct. 23, 2020) (Order Denying Petition for Temporary Suspension and Approving Conditional Guilty Plea Agreement). Iarussi petitioned for reinstatement and, following a hearing, the hearing panel unanimously recommended that he be reinstated to the practice of law with certain conditions.

Based on our de novo review, we agree with the panel's conclusion that Iarussi has satisfied his burden in seeking reinstatement by clear and convincing evidence. *See* SCR 116(2) (providing that an attorney seeking reinstatement must demonstrate compliance with certain criteria "by clear and convincing evidence"); *Application of Wright*, 75 Nev. 111, 112-13, 335 P.2d 609, 610 (1959) (reviewing a petition for reinstatement de novo). We therefore approve the panel's recommendation that Iarussi be reinstated to the practice of law. We also approve the conditions of reinstatement recommended by the panel, as set forth below:

22-10866

(1) Iarussi shall be placed on probation for one year from the date of this order;

(2) During his probationary period, Iarussi shall be required to submit to drug and/or alcohol testing within twenty-four (24) hours of a request to do so by the Office of Bar Counsel; and

(3) Iarussi shall pay the costs of the reinstatement proceeding, including $2,500 under SCR 120, within 90 days of the date of this order, if he has not done so already.

With these conditions, we hereby reinstate Joseph B. Iarussi to the practice of law in Nevada effective on the date of this order. *See* SCR 116(5) (allowing for conditions on reinstatement).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.          _____, J.
Hardesty                                      Stiglich

_____, J.          _____, J.
Cadish                                        Silver

_____, J.          _____, J.
Pickering                                     Herndon

cc:   Chair, Southern Nevada Disciplinary Board
      Adam M. Vander Heyden
      Bar Counsel, State Bar of Nevada
      Executive Director, State Bar of Nevada
      Admissions Office, U.S. Supreme Court